IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00487-OES

CHRISTOPHER WEATHERALL,

    Applicant,

v.

GARY WATKINS,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 6 2005

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Schlatter, Magistrate Judge

    Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this ____ day of June, 2005.

                                        BY THE COURT:

                                        MAGISTRATE JUDGE, UNITED STATES
                                        DISTRICT COURT FOR THE DISTRICT OF
                                        COLORADO